**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 27 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ELIE ANTOINE ELDIB,

Defendant - Appellant.

No. 08-50525

D.C. No. 2:07-cr-00516-GAF-5

MEMORANDUM [*]

Appeal from the United States District Court
for the Central District of California
Gary A. Feess, District Judge, Presiding

Argued and Submitted January 14, 2010
Pasadena, California

Before: GOODWIN, SCHROEDER and FISHER, Circuit Judges.

Elie Antoine Eldib appeals from his conviction and sentence after a bench

trial on various counts associated with his participation in an identity theft ring.

The record does not establish that Eldib made an adequate and timely request for

substitution of counsel. In any event, Eldib later stated on the record that he was

satisfied with his counsel's representation in response to the district court's

---

[*]This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

questioning. Therefore, the district court did not abuse its discretion by denying

Eldib substitute counsel. *See United States v. Musa*, 220 F.3d 1096, 1102 (9th Cir.

2000).

**AFFIRMED.**